230

■■■■■■■■■

Washington County.[15]

■■■■■■■■■

830 A.2d 535

Ian M. FERGUSON, a Minor by His Parents and Natural Guardians, Elizabeth J. Ferguson and Michael Ferguson and Elizabeth Ferguson and Michael Ferguson, In Their Own Right, Appellants,

v.

COMMONWEALTH of Pennsylvania, Medical Professional Liability Catastrophe Loss Fund and Pennsylvania Property and Casualty Insurance Guaranty Association, Appellees.

Supreme Court of Pennsylvania.

Aug. 18, 2003.

■■■■■■■■■

## ORDER

PER CURIAM.

AND NOW, this 18th day of August, 2003, the order of the Commonwealth Court is AFFIRMED.

Justice LAMB did not participate in the consideration or decision of this case.